UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MARIO GIRON,

          Plaintiff,

v.

AUTO PERFECTION GROUP INC., and
DANIEL MAYA,

          Defendants.

------------------------------------------------------------x

**ORDER**

19 CV 5922 (VB)

      The Court has been advised that the parties in this Fair Labor Standards Act case have settled this case. (Doc. #15). Accordingly, by December 16, 2019, the parties shall submit a settlement agreement for the Court's approval, as required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). See Amadis v. Newcastle Realty Servs., LLC, 2018 WL 2727350, at *1 (S.D.N.Y. May 10, 2018) (holding Cheeks applies to dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i)).

      Plaintiff's time to file proof of service of the summons and complaint as to defendant Maya and all other deadlines are adjourned sine die.

Dated: November 14, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge