UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MARIO GIRON,
            Plaintiff,

v.

AUTO PERFECTION GROUP INC., and
DANIEL MAYA,
            Defendants.

-----------------------------------------------------------x

**ORDER**

19 CV 5922 (VB)

DOCUMENT
ELECTRONICALLY FILED
12/23/19

On November 12, 2019, plaintiff's counsel filed a letter informing the Court that the parties in this Fair Labor Standards Act case had settled. (Doc. #15). The Court thus ordered the parties to submit a settlement agreement for the Court's approval by December 16, 2019, as required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). See Amadis v. Newcastle Realty Servs., LLC, 2018 WL 2727350, at *1 (S.D.N.Y. May 10, 2018) (holding Cheeks applies to dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i)).

To date, the parties have failed to file the settlement agreement for the Court's approval, nor have the parties requested an extension of time in which to do so.

The Court reminds counsel that Court Orders are not mere suggestions.

Accordingly, the Court sua sponte extends until January 6, 2020, the parties' time to file the settlement agreement for this Court's approval. **If the parties fail to file the settlement agreement by January 6, 2020, or to seek further time in which to do so, the Court may impose sanctions, including dismissal of this case for failure to prosecute or comply with Court Orders. See Fed. R. Civ. P. 41(b).**

Dated: December 23, 2019
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge